■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH PASQUINO, Appellant.—Judgment of the County Court, Westchester County, rendered November 20, 1979, affirmed. No opinion. This case is remitted to the County Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Hopkins, Titone and Weinstein, JJ., concur.